COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-264-CV

 

LARRY
JAMES TREAKLE                                                      APPELLANT

 

 

                                                   V.

 

STATE
OF TEXAS                                                                  APPELLEE

 

                                               ----------

           FROM
THE 372ND DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Release,@ which we will treat as a motion
to dismiss.  We may dismiss an appeal in
accordance with an appellant=s
motion.  See TEX. R. APP. P.
42.1(a).  Accordingly, without regard to
the merits of the motion, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED:  December 22, 2005











[1]See Tex. R. App. P. 47.4.